## RESOLUTION OF VISION SOLAR, LLC
## AUTHORIZING THE FILING OF A PETITION IN BANKRUPTCY

Following a special meeting of the Members of Vision Solar, a Limited Liability Company formed under the laws of the Commonwealth of Pennsylvania, having been duly called or a waiver of such requisite notice having been presented and the meeting being duly convened at the current offices of the Company located at 511 Blackhorse Pike (Route 168) in Blackwood, New Jersey on December 28, 2023 beginning at 9:00 a.m., all eligible Members present and constituting a quorum for the transaction of business the Company adopted the foregoing resolution:

WHEREAS, Vision Solar, LLC is a limited liability company duly organized and which regularly maintained its principal business and financial records, and principal corporate offices in the New Jersey located at 511 Blackhorse Pike, Blackwood New Jersey, and has maintained its principal place of business and corporate headquarters at this location for more than the last 180 days;

WHEREAS, Vision Solar, LLC presently has two members who are present and able to evaluate the necessary actions of the Company;

WHEREAS, the Members deem it necessary, advisable, and required, due to the Company's inability to pay its debts as they mature, and the inability to feasibly address litigation pending in a variety of jurisdictions across the United States, to proceed to seek relief under Chapter 7 of Title 11 of the United States Code;

NOW THEREFORE BE IT RESOLVED, that it is in the best interest of the Limited Liability Company, its Members, Employees, and Officers and other individuals interested in the Company to obtain Federal Bankruptcy protection under Title 11 of the United States Code; and it is

FURTHER RESOLVED that each and every designated Managing Member, or executive employee authorized to act under the Company's  Operating Agreement,  be and hereby is authorized and directed, on behalf of the Company, to execute and file a Petition for Relief under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey as such time as any officer of the Corporation shall determine; and it is

FURTHER RESOLVED that consistent with the Company Operating Agreement dated October 21, 2020, both Jonathan D. Seibert and or Michael Eden, as the designated managing members, shall be and hereby are authorized to execute and file all Petitions, Schedules, Statement of Financial Affairs, and any other writings or Motions and to take any and all action as he shall deem necessary and proper in connection with the proceedings under Chapter 7, and that in connection therewith is authorized to retain and employ the Law Firm of Offit Kurman, P.A. as legal counsel for the Debtor, and in conjunction with the Bankruptcy to retain and employ the assistance of any other professionals which he deems necessary or proper in connection with such proceedings; and it is further

RESOLVED that the execution by Jonathan D. Seibert, or any other duly elected or appointed authorized individual of the Company of the Petition, Schedules, Statement of Financial Affairs and all such other necessary documents which are required and shall be filed with the Bankruptcy Court shall be conclusive evidence of the approval of the Company of its official and proper actions.

VISION SOLAR, LLC

BY: _____

Jonathan D. Seibert, *Managing Member*

Dated: December 28, 2023