| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Vision Solar, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | 23-21939 |

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **For year before that:** From 1/01/2021 to 12/31/2021 | ☐ Operating a business<br>■ Other  Tax Return | $154,314,887.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|
   | 3.1. TO BE SUPPLEMENTED | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor  **Vision Solar, LLC**                                          Case number (if known) **23-21939**

---

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

   | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   |---|---|---|---|
   | 4.1. SEE ATTACHED SUPPLEMENTAL SCHEDULE | | $0.00 | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

   | Creditor's name and address | Describe of the Property | Date | Value of property |
   |---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

   | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
   |---|---|---|---|

## Part 3: Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

   | | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
   |---|---|---|---|---|
   | 7.1. | Wanda Walsh v. Vision Solar, LLC<br>2385-cv-00309 | Consumer contract dispute | Superior Court-Massachusetts<br>Worcester Co Superior Court<br>225 Main Street<br>Worcester, MA 01608 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
   | 7.2. | State Farm v. Vivint Solar Developer, LLC v. William Fetsch et al.<br>23-cv-02561 | Complaint for Property Damages due to fire | U.S.D.C. (E.D.Pa.)<br>601 Market Street<br>Philadelphia, PA 19106 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
   | 7.3. | United States of America & State of Arizona v. Vision Solar, LLC, Solar Exchange, LLC and Mark Getts<br>CV-23-1387-PHX-DGC | Consumer Protection Action under Federal Trade Commission Act and Laws of State of Arizona | U.S.D.C (District of Arizona) | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.4. | MRE Five, LLC v. Vision Solar, LLC<br>L-2260-21 | Contract Dispute | Superior Court of NJ- Burlington Co. | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | Gary Ricci v. Vision Solar et al.<br>BER-L-3544-20 | Customer Contract Dispute | Superior Court of NJ- Bergen County | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | Stewart Smith et al. v. Vision Solar, LLC<br>2:20-cv-02185-MMB | TCPA | US District Court (E.D.Pa.) | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.7. | Landy, Brennan, et al. v Vision Solar, LLC<br>1:21-cv-20241 | TCPA | U.S. District Court (D.N.J.) | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | Dana Warner v. Vision Solar, LLC<br>1:22-cv-05307 | Alleged Deceptive sales practices | U.S. District Court (D.N.J.) | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | Jeff Colmyer v. Vision Solar NJ, LLV, Fred Sorbello, David Mesveskas<br>CAM-L-001885-22 | Former employee -wrongful discharge, breach o fcontract, violation of wage payment law | Superior Court of NJ- Camden Co. | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. | Yusniel Yumar v. Vision Solar, LLC | Contract Dispute | Circuit Court of 11th Cir-Miami Dade Co | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. | Robert Schmacher v. Vision Solar et al.<br>ATL- L- 22-16123 | Contract Dispute | Superior Court of NJ- Atlantic County | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12. | Laura Primus v. Vision Solar, LLC et al.<br>GLO-L 000639-22 | Wrongful termination, emotional distress in workplace | Superior Court of NJ- Gloucester Co. | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13. | Sego v. Vision Solar, LLC<br>1:22-cv-11181 | Do not call violation allegations | U.S. District Court (D. Mass.) | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14. | Robert A. Doane et al. v. Vision Solar, LLC<br>1;21-cv-11285-IT | Alleged Telemarketing violations | US District Court (D. Mass) | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15. | Oscar Gonzalez v. Vision Solar, LLC<br>CACE- 22-015505 | Contract Dispute | Circuit Court for Broward Co., FL | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.16. | Michael Kachur v. Sunpower Capital, LLC et al v. Vision Solar NJ, LLC, et al. (Third Party Defendants)<br>Case No. 5450000077 | | JAMS Arbitration | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.17. | Marathon Engineering & Environmental Services, Inc. v. Vision Solar, LLC<br>CAM- DC-008734-22 | Breach of Contract | Superior Court of NJ-Special Civ Part | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.18. | Michael Calta v. Vision Solar FL, LLC<br>8:22-cv-897-CEH-CPT | | TCPA Violations | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.19. | McGlone Realty Resources, LP v. Vision Solar, LLC<br>MID- 22-008157 | Rent Dispute | Superior Court of NJ Spec Civ Part | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.20. | Paulette McNabb and Karen Smith v. Vision Solar, LLC<br>23-000121 | Contract Dispute | Circuit Court for Broward Co (FL) | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.21. | Amal Ramadan v. Vision Solar, LLC et al. | Breach of Contract-UTPCPA allegations | Common Pleas-Bucks Co., PA | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.22. | Charles M. Savage v. Vision Solar, LLC, et al.<br>OCN- L-00730-22 | Consumer Fraud allegations | Superior Court of NJ-Ocean Co. | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.23. | Doughty v. J. Seibert et al.<br>23- cv- 01420 RBK | | US District Court (D.N.J.) | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.24. | Joan Potter.Dawn Potter Carpenter v. Solar Xchange et al.<br>BUR-L-000692-23 | Alleged Consumer Misrepresentations | Superior Court of NJ (Burlington) | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.25. | Cheryl Lowe v. Vision Solar, LLC<br>01-23-00001-3040 | AAA Arbitration | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.26. | James & Kathleen Garrett v. Vision Solar, LLC<br>c-2023-1733 | Breach of Contract for alleged Faulty installation | State Superior Court-Arizona | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.27. | Skirpan, Marian & Clement v. Vision Solar, LLC<br>MID-L-1283023 | Breach of Contract | Superior Court of NJ-Middlesex Co. | ■ Pending<br>☐ On appeal<br>☐ Concluded |

12/29/23 11:15AM

Debtor  Vision Solar, LLC _____  Case number (if known) 23-21939

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.28 | Vantage Financial, LLC v. Vision Solar, LLC | Lease Dispute | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.29 | Pro Custom Solar, LLC v. Vision Solar, LLC<br>MID-C-00190-19 | Competitor Dispute | Superior Court of NJ-Middlesex Co. | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.30 | B.J. McGlone and Co., Inc. v. Vision Solar, LLC<br>MID-L-1826-23 | Contractor Dispute | Superior Court of NJ-Middlesex County | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.31 | Judith Fogarty v. Vision Solar, LLC and Key Bank, NA<br>CV- 2023-006309 | | Superior Court of Arizona-Maricopa Co. | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.32 | Margo Turner v. Vision Solar, LLC | | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.33 | Sunnova Energy Corp. v. Vision Solar, LLC et al. | Subcontractor/Vendor Complaint | US District Court (W.D. Tex.) -Austin | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.34 | Linda Mullin v. Vision Solar, LLC | Property Damage on Solar Panel Installation | Court of Common Pleas- Delaware Co. | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.35 | Eva Migliore v. Jon Seibert, et al.<br>1:23-cv-02623-CPO-MJS | Alleged preditory sales practices | U.S. District Court- New Jersey | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.36 | State of Connecticut ex rel Attorney General v. Vision Solar, LLC | | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.37 | Matthew Ostrow et al. v. Vision Solar, LLC<br>23-cv-11023-MRG | Collection Action for Health & Welfare Benefits | U.S.D.C. (D. Mass.) | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.38 | Beatrice Deemua v. Protech Solar, LLC et al.<br>CV- 2023-007765 | | Superior Court of Arizona-Maricopa Co. | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.39 | John Misailedes v. Vision Solar, LLC<br>S1300-cv-2023-00556 | Breach of Contract | Superior Court of Arizona-Yavapai Co. | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor  Vision Solar, LLC                                                      Case number (if known) 23-21939

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.40. | Shonnon Fernandes v. Vision Solar, LLC<br>01-23-0003-1817 | Contract dispute before American Arbitration Association | AAA Arbitration | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.41. | Naeem Smith v. Vision Solar, LLC | Contract Dispute and claimed Roof damage from installation | AAA Arbitration | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.42. | Susara J. Ferreira v. Vision Solar, LLC | Damage to property by subcontractor | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.43. | U.S. Electrical Services, Inc. v. Vision Solar, LLC, et al.<br>CAM-L-002245-23 | Contract Dispute with Vendor | Superior Court of NJ-Camden Co. | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.44. | Junior Velus v. Vision Solar, LLC et al. | | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.45. | Commonwealth of Pennsylvania ex rel Attorney General v. Vision Solar, LLC | Information Subpoena served by Attorney General's Office | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.46. | J&J Lawn & Tree, Inc. v. Vision Solar, LLC<br>2023-cc-002945 | Vendor Contract Dispute | State Trial Court of Florida-Seminole Co | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.47. | Cintas Corporation v. Vision Solar FL, LLC | Vendor Contract Dispute | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.48. | Tara Martins v. Vision Solar, LLC<br>2283-cv-00929 | Breach of Contract, Fraud in inducement, et al. | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.49. | McNaughton-McKay Electric Co. v. Vision Solar, LLC | Collection Action for Unpaid Invoices | State Court of Michigan-Oakland Co. | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.50. | Corey LaFlash v. Vision Solar<br>2364-SC-000340 | | Mass. Small Claims Cour-Dudly, MA | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.51. | HERC Rentals v. Vision Solar<br>MON-L-2572-23 | Breach of Contract | Superior Court of NJ-Monmouth Co. | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    Vision Solar, LLC _____    Case number (if known) 23-21939 _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.52 Eric Stone v. Vision Solar, LLC<br>2023-CA-009904 | | Trial Court- Florida- Palm Beach Co. | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.53 Airgas USA, LLC v. Vision Solar, LLC | Contract Dispute-Vendor | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.54 Capital One v. Vision Solar, LLC | Contract Dispute | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.55 Wilben Norord et al. v. Clear Blue Insurance Company | Insurance Claim dispute -Florida | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.56 James Nees and Sabrina N. Khalid v. Vision Solar, LLC<br>SUX- L- 000375-23 | | Superior Court of NJ- Sussex Co. | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.57 William Quinn et al. v. Vision Solar, LLC<br>2022-05655 | | Common Pleas Court of PA. | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.58 511 BHP, LLC v. Mission Solar, LLC v. Vision Solar, LLC<br>GLO-L-1047-23 | Contract Dispute | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.59 HKA Global, LLC v. Vision Solar, LLC | Breach of Contract | Common Pleas Court of PA- Phila Co. | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.60 Pierre Soldie v. Vision Solar, LLC | Class Action | U.S. District Court- (M.D. Fl.)-Orlando | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.61 France Forset v. Goodleap, LLC | Demand for Arbitration | | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

### Part 4:   Certain Gifts and Charitable Contributions

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

   ■ None

Debtor    Vision Solar, LLC _____    Case number (if known) __23-21939__

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Offit Kurman, P.A.<br>1801 Market Street<br>Suite 2300<br>Philadelphia, PA 19103 | Portion of this payment will be used to pay Chapter 7 Filing Fee. | 12/11/2023 | $25,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | Christopher Wu | Monies paid for Chief Restructuring Advisor | Various | Unknown |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

| Debtor | Vision Solar, LLC | Case number (if known) 23-21939 |
|---|---|---|

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

■ None.

## Part 7: Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ■ Yes. Fill in below:
    Name of plan
    **To be supplemented**

    Employer identification number of the plan
    EIN: _____

    Has the plan been terminated?
    ■ No
    ☐ Yes

    ☐ No Go to Part 10.
    ■ Yes. Fill in below:
    Name of plan
    **Vision Solar 401(k) Plan**

    Employer identification number of the plan
    EIN: _____

    Has the plan been terminated?
    ■ No
    ☐ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

Debtor    **Vision Solar, LLC**    Case number *(if known)* **23-21939**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

### Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

### Part 12:  Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

| Debtor | Vision Solar, LLC | Case number (if known) 23-21939 |
|---|---|---|

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br>Dates business existed |
|---|---|---|---|
| 25.1. | All Season Tree Experts, LLC<br>511 NJ Route 168<br>Blackwood, NJ 08012 | 100% owned by Vision Solar, LLC | EIN:<br>From-To |
| 25.2. | VS Sub I, LLC | Massachusetts LLC formed for State Licensing Purposes | EIN:<br>From-To |
| 25.3. | Vision Solar NJ, LLC<br>501 Blackhorse Pike<br>Blackwood, NJ 08012 | New Jersey entity for business licensing purposes | EIN:<br>From-To |
| 25.4. | Vision Capital Finance, LLC | Holding Company | EIN:<br>From-To |
| 25.5. | Vision Solar Arizona, LLC | | EIN:<br>From-To |
| 25.6. | Vision Solar Florida, LLC | | EIN:<br>From-To |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| | Name and address | Date of service<br>From-To |
|---|---|---|
| 26a.1. | Grant Thorton, LLP<br>2001 Market Street<br>Philadelphia, PA 19103 | |
| 26a.2. | Baker Tilly US, LLP<br>1650 Market Street, Suite 4500<br>Philadelphia, PA 19103 | |

| Debtor | Vision Solar, LLC | Case number (if known) 23-21939 |
|---|---|---|

| Name and address | Date of service From-To |
|---|---|
| 26a.3. Solomon Edwards<br>1500 John F. Kennedy Blvd.<br>Philadelphia, PA 19102 | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Financial Force, Inc.<br>595 Market Street, 10th Floor<br>San Francisco, CA 94105 | All records on vendor controlled software, access restricted for non-payment of contract. |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1.    **TO BE SUPPLEMENTED**

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jonathan Seibert | 501 Route 168<br>Blackwood, NJ 08012 | Chief Executive Office | 55% Membership Interest |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michael Eden | 501 Route 168<br>Blackwood, NJ 08012 | Chief Revenue Officer | |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

Debtor  Vision Solar, LLC                                    Case number (if known) 23-21939

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Faraz Khan | | Chief Financial Officer | Approx. March 2023 |

### 30. Payments, distributions, or withdrawals credited or given to insiders
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | White Consulting, LLC<br>501 Route 168<br>Blackwood, NJ 08012<br><br>Relationship to debtor<br>Member/Principal | To be supplemented | | Regular Salary equivilent distributions |
| 30.2 | Jonathan Seibert<br>502 Route 168<br>Blackwood, NJ 08012<br><br>Relationship to debtor<br>Cheif Executive Officer/Principal | To be supplemented | | Regular distributions equivilent to salary |

### 31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

### 32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☐ No
■ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| IBEW Local 96 Pension Fund | EIN: |
| IBEW Local 96 Health & Welfare Fund | EIN: |

12/28/23 6:23PM

Debtor  **Vision Solar, LLC**  Case number *(if known)*  23-21939

## Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **December 28, 2023**

_____    **Jonathan D. Seibert**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor  **Chief Executive Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# SUPPLEMENTAL RESPONSES

# STATEMENT OF FINANCIAL AFFAIRS
# QUESTION NO. 4

Supplemental Response- SOFA Question 4
Payments to Jon Seibert

| Payroll | | | | Expenses | | | |
|---|---|---|---|---|---|---|---|
| Date | | Amount | Account Deposited | Date | | Amount | Account Deposited |
| | 12/2/2022 | $30,769.23 | 2450 | 12/23 reimbursement | | $3,000.00 | 2450 |
| | 12/15/2022 | $30,769.23 | 2450 | 12/30 reimbursement | | $33.57 | 2450 |
| | 12/27 | $30,769.23 | 2450 | 12/30 reimbursement | | $182.30 | 2450 |
| | 1/10 | $30,769.23 | 2450 | 12/30 reimbursement | | $1,650.84 | 2450 |
| | 1/31 | $30,769.23 | 2450 | 1/19 reimbursement | | $125.23 | 2450 |
| | 02/07 | $30,769.23 | 2450 | 1/27/23 reimbursement | | $27.15 | 2450 |
| | 2/27/23 | $30,769.23 | 2450 | 1/27/23 reimbursement | | $28.40 | 2450 |
| | 2/28/23 | $30,769.23 | 2450 | 2/10/23 reimbursement | | $132.00 | 2450 |
| | 3/24 | $23,076.92 | 2450 | 2/10/23 reimbursement | | $997.00 | 2450 |
| | 4/19/23 | $15,384.62 | 2450 | 2/10/23 reimbursement | | $1,765.89 | 2450 |
| | 4/19/23 | $15,384.62 | 2450 | 2/10/23 reimbursement | | $1,937.77 | 2450 |
| | 05/05/23 | $15,385.00 | 2450 | 2/17/23 reimbursement | | $110.00 | 2450 |
| | 05/17/23 | $15,385.00 | 2450 | 2/17/23 reimbursement | | $300.00 | 2450 |
| | 06/07/23 | $15,385.00 | 2450 | 2/17/23 reimbursement | | $357.00 | 2450 |
| | 6/13/23 | $15,385.00 | 2450 | 3/10 reimbursement | | $1,403.00 | 2450 |
| | 6/26/23 | $15,385.00 | 2450 | 3/10/23 reimbursement | | $1,840.00 | 2450 |
| | 10/06/23 | $15,394.62 | 2450 | 3/10/23 reimbursement | | $2,975.00 | 2450 |
| | 10/18/23 | $15,384.62 | 2450 | 3/10/23 reimbursement | | $4,617.98 | 2450 |
| | 11/01/23 | $15,384.62 | 2450 | 3/10/23 reimbursement | | $4,961.86 | 2450 |
| | | | | 5/5/23 reimbursement | | $9,519.70 | 2450 |
| **Breakdown By Quarter** | | | | 06/09/23 reimbursement | | $774.01 | 2450 |
| Q4 2022 | | $92,307.69 | | 7/21/23 reimbursement | | $523.00 | 2450 |
| Q1 2023 | | $176,923.07 | | 9/11/23 reimbursement | | $6,119.63 | 2450 |
| Q2 2023 | | $107,694.24 | | | | | |
| Q3 2023 | | $0.00 | | | | | |
| Q4 2023 | | $46,163.86 | | | | | |
| **TOTAL COMP** | | **$423,088.86** | | **TOTAL EXPENSE** | | **$43,381.33** | |

| Summary | |
|---|---|
| Total Paychecks received | $423,088.86 |
| Total Expenses Reimbursed | $43,381.33 |
| Total Invested in Personally | $885,306.00 |
| Total Net received | -$462,217.14 |

Supplemental Response- SOFA Question 4
Payments to Jon Seibert

**Personal Yearly Contributions**

| | |
|---|---|
| IGS Settlement | $150,000.00 |
| Payroll funded | $250,000.00 |
| Owed Expenses | $15,873.00 |
| American Express | $469,433.00 |
| **Total** | **$885,306.00** |

Supplemental Response- SOFA Question 4
Payments made to
Mike Eden

| Payroll | | | Expenses | | | | Personal Yearly Contributions Not Reimbursed | |
|---|---|---|---|---|---|---|---|---|
| Date | Amount | Account Deposited | Date | | Amount | Account Deposited | IGS | $150,000.00 |
| 11/1/2023 | $15,384.62 | 8407 | 9/25/2023 | reimbursement | $4,374.00 | 1143 | Payroll | $200,000.00 |
| 10/23/2023 | $15,384.62 | 8407 | 8/7/2023 | reimbursement | $9,813.00 | 1143 | Owed Expenses | $20,000.00 |
| 10/6/2023 | $15,384.62 | 1143 | 4/20/2023 | reimbursement | $18,405.16 | 1143 | | |
| 6/13/2023 | $15,385.00 | 1143 | 7/21/2023 | reimbursement | $834.00 | 1143 | | |
| 6/26/2023 | $15,385.00 | 1143 | 6/9/2023 | reimbursement | $5,242.49 | 1143 | Total | $370,000.00 |
| 5/17/2023 | $15,385.00 | 1143 | 6/26/2023 | reimbursement | $13,621.44 | 1143 | | |
| 6/7/2023 | $15,385.00 | 1143 | 5/19/2023 | reimbursement | $3,369.71 | 1143 | | |
| 4/19/2023 | $15,384.62 | 1143 | 3/10/2023 | reimbursement | $685.00 | 1143 | | |
| 4/19/2023 | $15,384.62 | 1143 | 3/10/2023 | reimbursement | $1,000.00 | 1143 | | |
| 5/5/2023 | $15,385.00 | 1143 | 3/10/2023 | reimbursement | $1,065.23 | 1143 | | |
| 3/24/2023 | $23,076.92 | 1143 | 3/10/2023 | reimbursement | $3,066.67 | 1143 | | |
| 2/27/2023 | $30,769.23 | 1143 | 3/10/2023 | reimbursement | $5,650.00 | 1143 | | |
| 2/28/2023 | $30,769.23 | 1143 | 3/24/2023 | reimbursement | $44,286.02 | 1143 | | |
| 1/10/2023 | $30,769.23 | 1143 | 2/17/2023 | reimbursement | $35.19 | 1143 | | |
| 1/31/2023 | $30,769.23 | 1143 | 2/17/2023 | reimbursement | $637.84 | 1143 | | |
| 2/7/2023 | $30,769.23 | 1143 | 1/27/2023 | reimbursement | $515.00 | 1143 | | |
| 12/15/2022 | $30,769.23 | 1143 | 2/6/2023 | reimbursement | $4,529.74 | 1143 | | |
| 12/27/2022 | $30,769.23 | 1143 | 12/9/2022 | reimbursement | $454.50 | 1143 | | |
| | | | 12/9/2022 | reimbursement | $1,500.00 | 1143 | | |
| | | | 12/16/2022 | reimbursement | $2,500.00 | 1143 | | |
| | | | 12/16/2022 | reimbursement | $3,831.36 | 1143 | | |
| | | | 12/30/2022 | reimbursement | $9,035.64 | 1143 | | |
| | | | 5/12/2023 | reimbursement | $16,330.00 | 1143 | | |
| | | | 5/24/2023 | reimbursement | $16,822.32 | 1143 | | |
| | | | Total | | $167,604.31 | | | |
| Breakdown By Quarter | | | | | | | | |
| Q4 2022 | $61,538.46 | | | | | | | |
| Q1 2023 | $176,923.07 | | | | | | | |
| Q2 2023 | $107,694.24 | | | | | | | |
| Q3 2023 | $0.00 | | | | | | | |
| Q4 2023 | $46,153.86 | | | | | | | |
| Total | $392,309.63 | | | | | | | |

| Summary | | |
|---|---|---|
| Total Paychecks received | $392,309.63 | |
| Total Expenses Reimbursed | $167,604.31 | This is not income as we personally paid a business expense and then vision reimbursed us |
| Total Invested in Personally | $370,000.00 | |
| Total Net received | $22,309.63 | |