**Fill in this information to identify the case:**

Debtor name **Vision Solar, LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)   **23-21939**

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:        Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **TD Bank, NA** | **Checking** | 0056 | $562.23 |
| 3.2. | **TD Bank, N.A.** | **Business Analysis Acct** | 2548 | $0.00 |
| 3.3. | **TD Bank, NA** | **Construction Account** | 8807 | $0.00 |
| 3.4. | **TD Bank, NA** | **Checking** | 1143 | $12,565.00 |
| 3.5. | **TD Bank, NA** | **Payrool Account** | 0048 | $0.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$13,127.23

**Part 2:        Deposits and Prepayments**

Debtor    **Vision Solar, LLC**                                                   Case number *(If known)*  **23-21939**
          <u>Name</u>

6. **Does the debtor have any deposits or prepayments?**

    ■ No.  Go to Part 3.
    ☐ Yes Fill in the information below.

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ■ No.  Go to Part 4.
    ☐ Yes Fill in the information below.

**Part 4:    Investments**

13. **Does the debtor own any investments?**

    ■ No.  Go to Part 5.
    ☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No.  Go to Part 6.
    ■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | Raw materials | | | | |
| 20. | Work in progress | | | | |
| 21. | Finished goods, including goods held for resale | | | | |
| 22. | Other inventory or supplies Inventory used in business operations- Detail by location on appended sheet | | $0.00 | | $4,155,405.07 |

23. **Total of Part 5.**                                                              | $4,155,405.07 |

    Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    ■ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
    ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

| Debtor | **Vision Solar, LLC** | Case number *(If known)* **23-21939** |
|---|---|---|
| | Name | |

■ No. Go to Part 7.
☐ Yes Fill in the information below.

<table>
<tr><td colspan="4"><strong>Part 7:</strong>    Office furniture, fixtures, and equipment; and collectibles</td></tr>
</table>

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Office Furniture & Computes- various locations** | **$0.00** | | **$1,393,027.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 43. | **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | | | **$1,393,027.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

<table>
<tr><td colspan="4"><strong>Part 8:</strong>    Machinery, equipment, and vehicles</td></tr>
</table>

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **Detailed List is appended.** | **$0.00** | | **$818,273.00** |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

| Debtor | **Vision Solar, LLC** | Case number *(If known)* **23-21939** |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| Forklifts (4) | $0.00 | $40,000.00 |
| Trenchers (2) | $0.00 | $22,000.00 |
| Fork Lift | $0.00 | $5,000.00 |
| Forklifts (2) | $0.00 | $8,000.00 |

51. **Total of Part 8.** | $893,273.00
Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

Current value of
debtor's interest

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)
**Remaining Employee Retention Credit Payments from
IRS** | Tax year | $1,000,000.00

73. **Interests in insurance policies or annuities**

**Insurance Reimbursement from anticipated Cancelation** | | $600,000.00

Debtor    **Vision Solar, LLC**                                    Case number *(If known)*   **23-21939**
_____
Name

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**                                                              **$1,600,000.00**

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor    **Vision Solar, LLC**
<u>Name</u>

Case number *(If known)*  <u>**23-21939**</u>

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $13,127.23 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $4,155,405.07 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,393,027.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $893,273.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,600,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $8,054,832.30 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $8,054,832.30 |

Official Form 206A/B

Schedule A/B Assets - Real and Personal Property

page 6

# SUPPLEMENTAL RESPONSES

## SCHEDULE A/B

## QUESTION 22

## INVENTORY BY LOCATION

**SUM of Extensic Warehouse**

| Accounting | Austin, TX -W | Blackwood, NJ - W | Houston, TX -W | Orlando, FL -W | Southington, CT | Tampa, FL -W | Tempe, AZ -W | Worcester, MA - | Grand Total |
|---|---|---|---|---|---|---|---|---|---|
| BOM | $15,622.21 | $18,980.54 | $13,787.73 | $8,424.20 | $4,110.36 | $54,678.38 | $13,479.91 | $6,281.20 | $135,364.53 |
| BOS | $132,943.31 | $150,282.62 | $85,995.08 | $119,552.59 | $134,762.42 | $234,018.11 | $57,786.81 | $115,990.08 | $1,031,331.01 |
| Inverter | $5,919.00 | $26,574.30 | $5,567.62 | $14,940.60 | $15,488.34 | $58,101.19 | $17,970.32 | $7,825.68 | $152,377.05 |
| Panel | $595,624.46 | $307,792.99 | $218,241.60 | $27,096.00 | $549,637.99 | $393,570.11 | $191,594.20 | $86,271.00 | $2,369,828.35 |
| Racking | $56,046.40 | $67,829.88 | $50,774.37 | $41,056.45 | $57,884.17 | $92,842.45 | $43,861.00 | $56,209.41 | $466,504.13 |
| Grand Total | $806,155.38 | $571,460.33 | $374,356.40 | $211,069.84 | $761,883.28 | $833,210.24 | $324,692.24 | $272,577.37 | $4,155,405.07 |

**Fill in this information to identify the case:**

Debtor name     **Vision Solar, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    **23-21939**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

### 2.1  Ascentum

| | Column A | Column B |
|---|---|---|
| Creditor's Name | | |
| | Amount of claim: **Unknown** | Value of collateral: **$8,000.00** |

**Describe debtor's property that is subject to a lien**
**Forklifts (2)**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

### 2.2  CR Specialty Finance, LLC

| | Column A | Column B |
|---|---|---|
| Creditor's Name | $21,636,931.00 | $4,155,405.07 |

**20 West 22nd Street**
**Suite 1601**
**New York, NY 10010**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Inventory used in business operations- Detail by location on appended sheet**

**Describe the lien**
**Non-Purchase Money Security**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2/27/2023**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor   **Vision Solar, LLC**                                   Case number (if known)   **23-21939**
          Name

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Mitsubshi Motors** |
|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**   Unknown   $5,000.00
**Fork Lift**

Creditor's mailing address

**Describe the lien**
**Equipment Lease with Purchase Option**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Providence Capital Funding** |
|---|---|

Creditor's Name
**2951 Saturn Street**
**Suite E**
**Brea, CA 92821**

**Describe debtor's property that is subject to a lien**   Unknown   $1,393,027.00
**Office Furniture & Computes- various locations**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor,
including this creditor and its relative
priority.
**1. Providence Capital Funding**
**2. Providence Capital Funding**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Providence Capital Funding** |
|---|---|

Creditor's Name
**2951 Saturn Street**
**Suite E**
**Brea, CA 92821**

**Describe debtor's property that is subject to a lien**   Unknown   $1,393,027.00
**Office Furniture & Computes- various locations**

Debtor  **Vision Solar, LLC**

Name

Case number (if known)    **23-21939**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.4**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **T.D. Bank** |
|---|---|

Creditor's Name

**200 Carolina Point Parkway,SBA Division Corporate Campus, Bldg.A Greenville, SC 29607**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**All personal property identifd in Financing Stmt.**

$1,400,000.00    Unknown

**Describe the lien**

**Non-Purchase Money Security**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**8/27/2021**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **The Bancorp Attn.- Doug Magee, VP** |
|---|---|

Creditor's Name

**548 North Trooper Road Norristown, PA 19403**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Multiple Vehicles used in Business**

Unknown    Unknown

**Describe the lien**

**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**dmagee@thebancorp.com**

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Various**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

| Debtor | **Vision Solar, LLC** | Case number (if known) | **23-21939** |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Trenton Business Assistance Corp.** | | Unknown | Unknown |
|---|---|---|---|---|
| | Creditor's Name | | | |

Describe debtor's property that is subject to a lien
**Co-obligor with US SBA**

**311 Quakerbridge Road, 2nd Floor**
**Trenton, NJ 08619**
Creditor's mailing address

Describe the lien
**Non-Purchase Money Security**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **U.S. Small Business Administration** | | $1.00 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | | | |

Describe debtor's property that is subject to a lien
**All Personal Property**

**Two Gateway Center, Suite 1002**
**Newark, NJ 07102**
Creditor's mailing address

Describe the lien
**Non-Purchase Money Security**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**6/8/2022**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.  |  **$23,036,932. 00**

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

Debtor   **Vision Solar, LLC**
<u>Name</u>

Case number (if known)   **23-21939**

**Name  and address**

| | On which line in Part 1 did<br>you enter the related creditor? | Last 4 digits of<br>account number for<br>this entity |

**Gary L. Kaplan, Esquire**
**Jones Day**
**600 Brickwell Avenue, Suite 3300**
**Miami, FL 33131**

Line   2.2

**Fill in this information to identify the case:**

Debtor name     **Vision Solar, LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)   **23-21939**

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:     List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:     List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  | | | Amount of claim |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$443,000.00** |
|---|---|---|---|
| | **1 Dream Home, Inc.** | ☐ Contingent | |
| | **1101 Laurel Oak Road, Suite 130** | ☐ Unliquidated | |
| | **Voorhees, NJ 08043** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | | Basis for the claim: _ | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$59,812.01** |
|---|---|---|---|
| | **360 Learning, Inc.** | ☐ Contingent | |
| | **33 Irving Place** | ☐ Unliquidated | |
| | **New York, NY 10003** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | | Basis for the claim: _ | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **461 Rt. 168 ,LLC** | ☐ Contingent | |
| | **505 Route 168** | ☐ Unliquidated | |
| | **Units B & C** | ☐ Disputed | |
| | **Blackwood, NJ 08012** | Basis for the claim: **Commercial Lease Obligation** | |
| | Date(s) debt was incurred **4/30/2021** | **461  Route 168, Turnersville** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$80,490.87** |
|---|---|---|---|
| | **A Budget Tree Service** | ☐ Contingent | |
| | **710 E. State Road 434** | ☐ Unliquidated | |
| | **Winter Springs, FL 32708** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | | Basis for the claim: _ | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Vision Solar, LLC** | Case number (if known) | **23-21939** |
|---|---|---|---|
| | Name | | |

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,282.69 |
|---|---|---|---|

**A-Best Security Lock & Safe**
2627 W. Northern Avenue
Phoenix, AZ 85051

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,228.38 |
|---|---|---|---|

**Active Prospect, Inc.**
PO Box 1389
Kenner, LA 70063

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,940.58 |
|---|---|---|---|

**ADP, LLC**
305 Fellowship Road
Mount Laurel, NJ 08054

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,521.42 |
|---|---|---|---|

**Airgas USA,LLC**
11111 N. Lamar Boulevard
Austin, TX 78753-3089

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $146,479.03 |
|---|---|---|---|

**Amazon**
**Altus Receivables Management**
PO Box 1389
Kenner, LA 70063

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,354.50 |
|---|---|---|---|

**American Consumer Show**
6901 Jericho Turnpike, Suite 250
Syosset, NY 11791

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,957.11 |
|---|---|---|---|

**AMPRO**
30 Bunting Lane
Clifton Heights, PA 19018

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| Debtor | **Vision Solar, LLC** | Case number (if known) | **23-21939** |
|---|---|---|---|
| | Name | | |

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,072.00**

**AMUR Equipment Finance, Inc.**
1 N. Lexington Avenue, Suite 1101
White Plains, NY 10601

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,072.00**

**Anchin, Block & Anchin, LLP**
3 Times Square, 24th Floor
New York, NY 10036

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,595.75**

**Annuity Fund-IBEW Local 96**
PO Box 5817
Wallingford, CT 06492

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,901.00**

**ArcBest**
8401 McClure Drive
Fort Smith, AR 72916

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$39,043.02**

**Ascentium Capital**
23970 US 59
Kingwood, TX 77339

Date(s) debt was incurred _
Last 4 digits of account number **3787**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,280.67**

**Ashish Kumar**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35,000.00**

**Atleads, LLC**
aka Elect Group
101 Plaza Real South
Boca Raton, FL 33432

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Vision Solar, LLC** | Case number (if known) | **23-21939** |
|---|---|---|---|
| | Name | | |

---

**3.19**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $102,903.85 |
|---|---|---|
| **Aurora Solar**<br>**PO Box 102896**<br>**Pasadena, CA 91189-2896** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.20**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $52,781.60 |
|---|---|---|
| **B & M Tree Service, LLC**<br>**34 Custer Street**<br>**West Hartford, CT 06110** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.21**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $166,757.50 |
|---|---|---|
| **Baker Tilly US, LLP**<br>**1650 Market Street, Suite 4500**<br>**Philadelphia, PA 19103** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.22**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $113,081.25 |
|---|---|---|
| **Barun Corporation**<br>**905 Chesterfield Drive**<br>**Ambler, PA 19002-2116** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.23**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,268,127.36 |
|---|---|---|
| **Bayware Solar Systems, LLC**<br>**1730 Camino Carlos Rey, Suite 201**<br>**Santa Fe, NM 87507** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.24**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37,791.00 |
|---|---|---|
| **Berkshire Hathaway**<br>**101 California Street- 20th Floor**<br>**San Francisco, CA 94111** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number **6802** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.25**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,804.80 |
|---|---|---|
| **Blanco Electric, LLC**<br>**120 East Street**<br>**Ludlow, MA 01056** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Vision Solar, LLC** | Case number (*if known*) | **23-21939** |
|---|---|---|---|
| | Name | | |

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,250.00 |
|---|---|---|---|

**Braithwaite Communications**
1500 Walnut Street, 18th Floor
Philadelphia, PA 19102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,300.00 |
|---|---|---|---|

**Bumblebee Tree Service**
184 Plantation Street- Unit 2
Worcester, MA 01604

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,482.43 |
|---|---|---|---|

**Call Shaper LLC**
5422 Ebenezer Road, Unit 690
White Marsh, MD 21162

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,393.35 |
|---|---|---|---|

**Canon Financial Services, Inc.**
14904 Collections Center Drive
Chicago, IL 60693-0149

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,725.43 |
|---|---|---|---|

**Canon Solutions America**
300 Commerce Square Blvd.
Burlington, NJ 08016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,575.19 |
|---|---|---|---|

**CED Greentech-AZ Phoenix**
4535 E. Elmwood Street, Suite 105
Phoenix, AZ 85040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,565.88 |
|---|---|---|---|

**CED Wallingford**
2 Toelles Road
Wallingford, CT 06492

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Vision Solar, LLC** | Case number (if known) | **23-21939** |
|---|---|---|---|
| | Name | | |

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,499.67**

**CED- Greentech PA-Stroudsburg**
**PO Box 780846**
**Philadelphia, PA 19178-0846**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$45,459.00**

**CED-Greentech- Austin**
**PO Box 207115**
**Dallas, TX 75320-7115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Acct. 0236

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,782.57**

**CFGI, LLC**
**1835 Market Street**
**Suite 2400**
**Philadelphia, PA 19103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$41,078.16**

**Checkr, Inc.**
**1 Montgomery Street**
**Suite 2400**
**San Francisco, CA 94104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,752.90**

**Cintas**
**6800 Cintas Boulevard**
**PO Box 625737**
**Cincinnati, OH 45262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  7431

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$684,631.20**

**City Electric Supply-MA**
**Mass-Midwest Division**
**PO Box 1006**
**Wilbraham, MA 01095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$39,990.00**

**CLD Partners, Inc.**
**PO Box 90**
**Front Royal, VA 22630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Vision Solar, LLC** | | Case number (if known) | **23-21939** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,578.25 |
|---|---|---|---|
| | **ClearSource** | ☐ Contingent | |
| | **1633 W. Innovation Way, 5th Floor** | ☐ Unliquidated | |
| | **Lehi, UT 84043** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $256,194.47 |
|---|---|---|---|
| | **CoAction Specialty Insurance** | ☐ Contingent | |
| | **412 Mt. Kemble Avenue** | ☐ Unliquidated | |
| | **Morristown, NJ 07960** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  7772 | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33,876.88 |
|---|---|---|---|
| | **Coastal Waste & Recycling, Inc.** | ☐ Contingent | |
| | **1840 NW 33rd Street** | ☐ Unliquidated | |
| | **Pompano Beach, FL 33064** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
|---|---|---|---|
| | **Coelho Trees, Inc.** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Commonwealth of Pennsylvania** | ☐ Contingent | |
| | **Office of Attorney General** | ☐ Unliquidated | |
| | **Strawberry Square, 15th Floor** | ☐ Disputed | |
| | **Harrisburg, PA 17120** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,970.06 |
|---|---|---|---|
| | **Complete Business Solutions, Inc.** | ☐ Contingent | |
| | **PO Box 24** | ☐ Unliquidated | |
| | **Brownsville, OR 97327** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $88,985.80 |
|---|---|---|---|
| | **Concur Technologies, Inc.** | ☐ Contingent | |
| | **601 108th Avenue NE, Suite 1000** | ☐ Unliquidated | |
| | **Bellevue, WA 98004** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Vision Solar, LLC** | Case number (if known) | **23-21939** |
|---|---|---|---|
| | Name | | |

---

**3.47** | Nonpriority creditor's name and mailing address
**Connect the Dots, LLC**
251 Dominion Drive, Suite 107
Morrisville, NC 27560

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$19,998.40**

---

**3.48** | Nonpriority creditor's name and mailing address
**Consumer Nsight, LLC**
10050 Yamato Road
Boca Raton, FL 33498

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$11,000.00**

---

**3.49** | Nonpriority creditor's name and mailing address
**Crown Castle Fiber, LLC**
PO Box 28730
New York, NY 10087-8730

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$31,036.61**

---

**3.50** | Nonpriority creditor's name and mailing address
**Data Tree**
**Firest American Data & Analytics**
4 First American Way
Santa Ana, CA 92707

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$47,031.81**

---

**3.51** | Nonpriority creditor's name and mailing address
**Dell Financial Services, LLC**
PO Box 5292
Carol Stream, IL 60197-5292

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$157,759.34**

---

**3.52** | Nonpriority creditor's name and mailing address
**Dell Marketing, L.P.**
One Dell Way
Round Rock, TX 78682

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$92,682.69**

---

**3.53** | Nonpriority creditor's name and mailing address
**Dialpad, Inc.**
3001 Bishop Ranch, Suite 400A
San Ramon, CA 94583

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$39,228.47**

---

| Debtor | Vision Solar, LLC | | Case number (if known) | 23-21939 |
|---|---|---|---|---|
| | Name | | | |

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,732.89**

**Dice Career Solutions**
4101 NW Urbandale Drive
Urbandale, IA 50323

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$48,000,000.00**

**Dividend Solar Finance, LLC**
433 California Street
Suite 300
San Francisco, CA 94104

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$61,545.43**

**E.L. Harvery & Sons, Inc.**
68 Hopkinton Road
Westborough, MA 01581

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$678,676.43**

**EcoFasten Solar, LLC**
PO Box 735922
Dallas, TX 75373-5922

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,156.54**

**Elite Auto Repair**
4200 Strand Avenue
Merchantville, NJ 08109

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$187,610.00**

**Enerflo**
20422  Beach Boulevard, Suite 215
Huntington Beach, CA 92648

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$195,727.54**

**Energybillcruncher**
9692 Melinda Circle
Huntington Beach, CA 92646

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Vision Solar, LLC** | Case number (if known) | **23-21939** |
|---|---|---|---|
| | Name | | |

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $188,540.61 |
|---|---|---|---|

**Enterprise Rent-A-Car**
600 Corporate Park Drive
Saint Louis, MO 63105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,792.50 |
|---|---|---|---|

**Faegre Drinker Biddle & Reath, LLP**
PO Box 536777
Pittsburgh, PA 15253-5909

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36,887.42 |
|---|---|---|---|

**Federal Espress**
3965 Airways, Module G
Memphis, TN 38116

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Federal Trade Commission**
233 Peachtree Street N.E.
Suite 1000
Atlanta, GA 30303

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $73,363.11 |
|---|---|---|---|

**Financial Force, Inc.**
595 Market Street, 10th Floor
San Francisco, CA 94105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $57,329.24 |
|---|---|---|---|

**Five9, Inc.**
3001 Bishop Drive, Suite 350
San Ramon, CA 94583

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $70,860.00 |
|---|---|---|---|

**FloQast, Inc.**
14721 Califa Street
Van Nuys, CA 91411

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Vision Solar, LLC** | Case number (if known) | **23-21939** |
|---|---|---|---|
| | Name | | |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,455.00 |
|---|---|---|---|

**FlowTrac**
PO Box 93416
Southlake, TX 76092

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,490.35 |
|---|---|---|---|

**Flynn Hill Contracting**
414 Irish Settlement Road
Underhill, VT 05489

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $467,871.25 |
|---|---|---|---|

**Fox Rothschild, LLP**
2000 Market Street, 20th Floor
Philadelphia, PA 19103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,854.59 |
|---|---|---|---|

**Gateway PBP UNI I, LLC**
1705-1797 W. University Drive
Tempe, AZ 85281

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $109,340.00 |
|---|---|---|---|

**Give Power Foundation**
415 E. Saint Elmo Road
Suite No.  1-F1
Austin, TX 78745

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,166.76 |
|---|---|---|---|

**Google, LLC**
1600 Amphitheatre Parkway
Mountain View, CA 94043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33,943.00 |
|---|---|---|---|

**Grant Thorton, LLP**
2001 Market Street
Suite 700
Philadelphia, PA 19103-7065

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Vision Solar, LLC** | Case number (if known) | **23-21939** |
|---|---|---|---|
| | Name | | |

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80,490.87 |
|---|---|---|---|

**Greenberg Traurig**
**3333 Piedmont Road NE**
**Suite 2500**
**Atlanta, GA 30305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,625.87 |
|---|---|---|---|

**Health & Welfare Fund-IBEW Local 96**
**PO Box 5817**
**Wallingford, CT 06492**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $46,438.46 |
|---|---|---|---|

**HelloLanding**
**215 2nd Street, Suite 300**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60,527.86 |
|---|---|---|---|

**Herc Rentals, Inc.**
**27500 Riverview Center Blvd.**
**Suite 100**
**Bonita Springs, FL 34134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $70,257.68 |
|---|---|---|---|

**Heritage Wholesalers**
**225 Heritage Avenue**
**Portsmouth, NH 03801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $44,627.77 |
|---|---|---|---|

**Heritage Wholesalers- Sudbury**
**33 Union Avenue, Suite 500**
**Sudbury, MA 01776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $74,106.25 |
|---|---|---|---|

**HKA Global, Inc.**
**3200 North Central Avenue**
**Suite 2170**
**Phoenix, AZ 85012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Vision Solar, LLC**                                    Case number (if known)    **23-21939**
Name

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37,163.78 |
|---|---|---|---|

**Holman**
4001 Leadenhall Road
Mount Laurel, NJ 08054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,905.00 |
|---|---|---|---|

**Home Media, LLC**
1122 Oberlin Road, Suite 300
Raleigh, NC 27605

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $42,258.95 |
|---|---|---|---|

**HPH Tree Service & Landscape Corp.**
187 Canton Street
Stoughton, MA 02072

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $199,863.26 |
|---|---|---|---|

**Hull & Company, LLC**
Brown & Brown Ins-#553
2000 Midlantic Drive, Suite 400
Mount Laurel, NJ 08054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,003.25 |
|---|---|---|---|

**IBEW Pension Fund-Local 96**
242 Mill Street
Worcester, MA 01602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $53,368.94 |
|---|---|---|---|

**ICBP IV Holdings 25, LLC**
1 Sansome Street, Suite 1500
San Francisco, CA 94104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Lease**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**IGS Solar, LLC**
6100 Emerald Parkway
Dublin, OH 43016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Vision Solar, LLC**
　　　　　Name

Case number *(if known)*   **23-21939**

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $275,870.33 |

**Indeed, Inc.**
Mail Code 5160
PO Box 660367
Dallas, TX 75266-0367

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $66,262.50 |

**Intent Drivers, Inc.**
dba Energy Bill Cruncher
9692 Melinda Circle
Huntington Beach, CA 92646

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33,781.24 |

**Intralinks, Inc.**
PO Box 392134
Pittsburgh, PA 15251-9134

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $54,640.89 |

**Investments Limited**
215 North Federal Highway
Boca Raton, FL 33432

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,812.02 |

**iRooFA**
120 E. Washington Avenue
Clifton Heights, PA 19018

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35,325.00 |

**J & J Lawn & Tree Service**
522 Hunt Club Blvd. Unit 333
Apopka, FL 32703

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $38,264.09 |

**JAN-PRO Cleaning Systems**
410 White Horse Pike
Haddon Heights, NJ 08035

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Vision Solar, LLC** | Case number (if known) | **23-21939** |
|---|---|---|---|
| | Name | | |

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$43,380.00** |
|---|---|---|---|

**Jedox, Inc.**
**50 Milk Street, 16th Floor**
**Boston, MA 02109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$415,000.00** |
|---|---|---|---|

**Jonathan Seibert**
**501 Route 168**
**Blackwood, NJ 08012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,165.47** |
|---|---|---|---|

**Kane Industrial Trust**
**5 Kane Industrial Drive**
**Hudson, MA 01749**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$34,753.43** |
|---|---|---|---|

**Kong USA, LLC**
**62 Ballou Blvd**
**Bristol, RI 02809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,078.50** |
|---|---|---|---|

**Let's Make A Lead, LLC**
**20200 W. Dixie Hwy**
**Miami, FL 33180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,800,000.00** |
|---|---|---|---|

**Lightreach**
**997 Morrison Drive, Suite 200**
**Charleston, SC 29403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |
|---|---|---|---|

**Linden Law Firm, LLC**
**501 Route 168**
**Blackwood, NJ 08012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Vision Solar, LLC** | | Case number (if known) | **23-21939** |
|---|---|---|---|---|
| | Name | | | |

---

**3.103** Nonpriority creditor's name and mailing address

**LinkedIn Corporation**
1000 W. Maude Avenue
Sunnyvale, CA 94085

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$13,510.52**

---

**3.104** Nonpriority creditor's name and mailing address

**LoanPal Solar, LLC**
8781 Sierra College Boulevard
Roseville, CA 95661

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1.00**

---

**3.105** Nonpriority creditor's name and mailing address

**Luiza, LLC**
9694a Boca Gardens Parkway
Boca Raton, FL 33481

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$11,765.28**

---

**3.106** Nonpriority creditor's name and mailing address

**M&J Holdings, LLC**
7 Dutchtown Road
Voorhees, NJ 08043

Date(s) debt was incurred  9/15/2020

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Commercial Real Estate Lease

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.107** Nonpriority creditor's name and mailing address

**Marvic Supply Company**
7440 S. Hwy. 121
McKinney, TX 75070

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$50,279.28**

---

**3.108** Nonpriority creditor's name and mailing address

**McNaughton- McKay Electric Co.**
Dept 14801
PO Box 67000
Detroit, MI 48267-0148

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$49,805.66**

---

**3.109** Nonpriority creditor's name and mailing address

**Metro Roofing Supplies**
7440 S. Hwy. 121
McKinney, TX 75070

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$34,043.50**

---

| Debtor | **Vision Solar, LLC** | Case number (if known) | **23-21939** |
|---|---|---|---|
| | Name | | |

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $370,000.00 |
|---|---|---|---|

**Michael Eden**
**501 Route 168**
**Blackwood, NJ 08012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $478,051.00 |
|---|---|---|---|

**Mintz, Levin, Cohn, Ferris, Glovsky**
**2049 Century Park East, Suite 300**
**Los Angeles, CA 90067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $103,000.00 |
|---|---|---|---|

**MJ Holdings**
**1134 S. Blackhorse Pike**
**Suite 116**
**Blackwood, NJ 08012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,280.00 |
|---|---|---|---|

**MLP Consulting**
**10 Ternbery Court**
**Blackwood, NJ 08012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,023.25 |
|---|---|---|---|

**NUAge Experts**
**2737 Mapleton Avenue Suite 300**
**Boulder, CO 80304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,635.00 |
|---|---|---|---|

**Palmer Electric Co.**
**3121 N. Shedwick Street**
**Philadelphia, PA 19132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,037.50 |
|---|---|---|---|

**Parker & Sons**
**34890 Pyle Center Road**
**Frankford, DE 19945**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Vision Solar, LLC**                                    Case number (if known)  **23-21939**
_____
Name

| | | |
|---|---|---|
| 3.117 | Nonpriority creditor's name and mailing address<br>**Paul Hastings, LLP**<br>**200 Park Avenue**<br>**New York, NY 10166** | As of the petition filing date, the claim is: *Check all that apply.*    $40,970.25<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.118 | Nonpriority creditor's name and mailing address<br>**Pawnee Leasing Company**<br>**3801 Automation Way, Suite 207**<br>**Fort Collins, CO 80525** | As of the petition filing date, the claim is: *Check all that apply.*    $53,163.64<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.119 | Nonpriority creditor's name and mailing address<br>**Paytable**<br>**1515 Mockingbird Lane, Suite 7151**<br>**Charlotte, NC 28209** | As of the petition filing date, the claim is: *Check all that apply.*    $100,000.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.120 | Nonpriority creditor's name and mailing address<br>**PECO**<br>**2301 Market Street**<br>**Philadelphia, PA 19103** | As of the petition filing date, the claim is: *Check all that apply.*    $17,131.35<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.121 | Nonpriority creditor's name and mailing address<br>**Pep Boys**<br>**1217 Queen Street**<br>**Southington, CT 06489** | As of the petition filing date, the claim is: *Check all that apply.*    $17,026.89<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.122 | Nonpriority creditor's name and mailing address<br>**Pineda Home Business Construction**<br>**2540 Notthingham Way**<br>**Trenton, NJ 08619** | As of the petition filing date, the claim is: *Check all that apply.*    $53,144.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.123 | Nonpriority creditor's name and mailing address<br>**Posh Albertson Kirkwood, LLC**<br>**2216 Willow Park Road**<br>**Bethlehem, PA 18020** | As of the petition filing date, the claim is: *Check all that apply.*    $10,003.56<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| Debtor | **Vision Solar, LLC** | Case number (if known) | **23-21939** |
|---|---|---|---|
| | Name | | |

---

**3.124** Nonpriority creditor's name and mailing address

**Pro Fast Inc.**
PO Box 4180
Harrisburg, PA 17111

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$21,680.00

---

**3.125** Nonpriority creditor's name and mailing address

**Providence Capital Funding, Inc.**
2951 Saturn Street, Suite E
Brea, CA 92821

Date(s) debt was incurred _

Last 4 digits of account number  6633

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$22,116.00

---

**3.126** Nonpriority creditor's name and mailing address

**Rackspace Technology**
1 Fanatical Place
San Antonio, TX 78218

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$14,894.93

---

**3.127** Nonpriority creditor's name and mailing address

**Ranger A-TX, LP**
211 E. 7th Street, Suite 620
Austin, TX 78701-3218

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$12,719.51

---

**3.128** Nonpriority creditor's name and mailing address

**Reimagine Roofing**
1100 E. Washington Street, Unit 200
Phoenix, AZ 85034

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$14,160.00

---

**3.129** Nonpriority creditor's name and mailing address

**Rolly Construction Services, LLC**
2535 S. Semoran Blvd. Suite 1628
Orlando, FL 32822

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$50,240.00

---

**3.130** Nonpriority creditor's name and mailing address

**Salesforce.com, Inc.**
Salesforce Tower
415 Mission Street, 3rd Floor
San Francisco, CA 94105

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$179,751.63

---

| Debtor | **Vision Solar, LLC** | | Case number (if known) | **23-21939** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,954.34 |
|---|---|---|---|

**Samsara, Inc.**
1 De Haro Street
San Francisco, CA 94107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,330.00 |
|---|---|---|---|

**Scalzo Group**
4 Stony Hill Road
Bethel, CT 06801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
|---|---|---|---|

**Scanifly**
370 Jay Street
Brooklyn, NY 11201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,000,000.00 |
|---|---|---|---|

**SER Capital**
20 West 22nd Street, Suite 1601
New York, NY 10010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,870.00 |
|---|---|---|---|

**Sharp General Contractors**
10 Lee Street
Elmwood Park, NJ 07407

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,867.13 |
|---|---|---|---|

**Signal Investments**
PO Box 62073
Phoenix, AZ 85082

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,268.72 |
|---|---|---|---|

**Snelling/Hire Quest, LLC**
555 E. City Avenue Suite 430
Bala Cynwyd, PA 19004

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Vision Solar, LLC | | Case number (if known) | 23-21939 |
|---|---|---|---|---|
| | Name | | | |

---

**3.138**

**Nonpriority creditor's name and mailing address**

Snelling/Hire Quest, LLC
555 E. City Avenue Suite 430
Bala Cynwyd, PA 19004

Date(s) debt was incurred __

Last 4 digits of account number **tNo2**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$21,608.72

---

**3.139**

**Nonpriority creditor's name and mailing address**

Solar Xchange, LLC
111 Woodcrest Road
Cherry Hill, NJ 08003

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$586,492.49

---

**3.140**

**Nonpriority creditor's name and mailing address**

Solomon Edwards
1500 John F. Kennedy Blvd.
Suite 770
Philadelphia, PA 19102

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$169,019.84

---

**3.141**

**Nonpriority creditor's name and mailing address**

South Jersey Gas
142 S. Main Street
Glassboro, NJ 08028

Date(s) debt was incurred __

Last 4 digits of account number **1BHP**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$26,789.76

---

**3.142**

**Nonpriority creditor's name and mailing address**

South Jersey Gas
142 S. Main Street
Glassboro, NJ 08028

Date(s) debt was incurred __

Last 4 digits of account number **1BHP**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$13,605.59

---

**3.143**

**Nonpriority creditor's name and mailing address**

Spiff Inc.
9815 S. Monroe Street, Suite 500
Sandy, UT 84070

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$103,560.00

---

**3.144**

**Nonpriority creditor's name and mailing address**

SS Softech, Inc.
5321 N. McCarthur Blvd.
Irving, TX 75038

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$12,600.00

---

| Debtor | **Vision Solar, LLC** | Case number (if known) | **23-21939** |
|---|---|---|---|
| | Name | | |

---

**3.145** | Nonpriority creditor's name and mailing address
**Staples**
PO Box 70242
Philadelphia, PA 19176-0242

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$31,049.66**

---

**3.146** | Nonpriority creditor's name and mailing address
**State Farm Fire & Casualty Company**
One State Farm Plaza
Bloomington, IL 61710

Date(s) debt was incurred  7/5/2023
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Alleged property loss due to fire

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.147** | Nonpriority creditor's name and mailing address
**State of Arizona**
Office of Attorney General
2005 North Central Avenue
Phoenix, AZ 85004-1592

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.148** | Nonpriority creditor's name and mailing address
**State of Connecticut**
Office of Attorney General
165 Capitol Avenue
Hartford, CT 06106

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.149** | Nonpriority creditor's name and mailing address
**State of Florida**
Office of Attorney General
135 W. Central Blvd., Suite 1000
Orlando, FL 32801-2436

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.150** | Nonpriority creditor's name and mailing address
**Strategy Builders Phoenix**
15023 S. Placita Tierra Linda
Sahuarita, AZ 85629

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$15,500.00**

---

**3.151** | Nonpriority creditor's name and mailing address
**Strategy CFO**
134/1 Bangur Avenue, Block C
Kolkata-55

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$11,000.00**

---

| Debtor | Vision Solar, LLC | Case number (if known) | 23-21939 |
|---|---|---|---|
| | Name | | |

---

**3.152** Nonpriority creditor's name and mailing address

**STS Capital Partners**
**Cedar Court,Ground Court**
**Wildey Business Park**
**Wildey, Saint Michael**
**Barbados-BB14006**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$25,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.153** Nonpriority creditor's name and mailing address

**Sunbelt Rentals**
**254 SW Cutoff**
**Worcester, MA 01604-2700**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$35,608.42**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.154** Nonpriority creditor's name and mailing address

**SunCoast Roofers Supply**
**7440 S. Hwy. 121**
**McKinney, TX 75070**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$23,774.31**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.155** Nonpriority creditor's name and mailing address

**Sunlight Financial, LLC**
**234 W. 39th Street**
**7th Floor**
**New York, NY 10018**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$1,500,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Advances Under Financing Program Agreement_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.156** Nonpriority creditor's name and mailing address

**Sunnova Energy Corporation**
**20 Greenway Plaza, Suite 540**
**Houston, TX 77046**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$670,608.88**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.157** Nonpriority creditor's name and mailing address

**Sunrun**
**225 Bush Street, Suite 1400**
**San Francisco, CA 94104**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$980,077.75**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.158** Nonpriority creditor's name and mailing address

**SunSystem Technology**
**2731**
**Citrus Road, Suite D**
**Rancho Cordova, CA 95742**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$12,566.12**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Vision Solar, LLC** | Case number (if known) | **23-21939** |
|---|---|---|---|
| | Name | | |

---

**3.159** | Nonpriority creditor's name and mailing address
**TDS Networks**
553 Fooundry Road, Suite B
Norristown, PA 19403

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$51,235.02

---

**3.160** | Nonpriority creditor's name and mailing address
**The Bancorp**
**Lease Payment Center**
PO Box 140733
Orlando, FL 32814-0733

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Commercial Vehicle Leases**

Is the claim subject to offset? ■ No ☐ Yes

$160,114.01

---

**3.161** | Nonpriority creditor's name and mailing address
**The Craig De Jong Decl. of Trust**
**c/o MSREA**
7373 E. Doubletree Ranch Road
Suite 230
Scottsdale, AZ 85258

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease**

Is the claim subject to offset? ■ No ☐ Yes

$55,935.53

---

**3.162** | Nonpriority creditor's name and mailing address
**The Hanover Insurance Group**
300 Atrium Drive, 3rd Floor
Somerset, NJ 08873

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$37,256.87

---

**3.163** | Nonpriority creditor's name and mailing address
**The Solution Cleaning Services**
43 Shirley Road
Shrewsbury, MA 01545

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$13,728.20

---

**3.164** | Nonpriority creditor's name and mailing address
**The Trailer Connection**
8005 S. US Hwy 17/92
Casselberry, FL 32730

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$93,694.65

---

**3.165** | Nonpriority creditor's name and mailing address
**Total Quality Logistics**
4289 Ivy Pointe Boulevard
Cincinnati, OH 45245

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$57,942.25

---

| Debtor | **Vision Solar, LLC** | | | Case number (if known) | **23-21939** |
|---|---|---|---|---|---|
| | Name | | | | |

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,817.00 |
|---|---|---|---|

**Trust Mechanical, LLC**
15 Underwood Road
Levittown, PA 19056

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $111,092.36 |
|---|---|---|---|

**Trustmark**
400 Field Drive
Lake Forest, IL 60045

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,450.67 |
|---|---|---|---|

**Uline**
PO Box 88741
Chicago, IL 60693-0149

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33,630.00 |
|---|---|---|---|

**United Inspection Agency, Inc.**
716 N. Bethlehem Pike, Suite 300
Ambler, PA 19002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $121,245.06 |
|---|---|---|---|

**US Renewable Solutions**
800 S. Main Street
Mansfield, MA 02048-3144

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,191.00 |
|---|---|---|---|

**Utica Mutual Insurance**
180 Genesee Street
New Hartford, NY 13413

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,173.50 |
|---|---|---|---|

**Vanguard c/o Ascensus**
PO Box 28067
New York, NY 10087

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Vision Solar, LLC** | Case number (if known) | **23-21939** |
|--------|------------------------|------------------------|--------------|
|        | Name |  |  |

---

**3.173** Nonpriority creditor's name and mailing address
**Verizon**
1 Verizon Way
Basking Ridge, NJ 07920

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$13,287.10

---

**3.174** Nonpriority creditor's name and mailing address
**Vity Larson**
510 Stratford Street
Charlton, MA 01507

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$13,200.00

---

**3.175** Nonpriority creditor's name and mailing address
**Vivint Solar Developer, LLC**
1800 W. Ashton Boulevard
Lehi, UT 84043

Date(s) debt was incurred  **7/5/2023**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Third Party Complaint fo rproperty damage due to fire**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.176** Nonpriority creditor's name and mailing address
**Wanda Walsh**
c/o Ryan P. Donahue, Esquire
370 Main Street
Worcester, MA 01608

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer Contract Dispute**

Is the claim subject to offset? ■ No ☐ Yes

$11,207.00

---

**3.177** Nonpriority creditor's name and mailing address
**Waste Management**
1001 Fannin Suite 4000
Houston, TX 77002

Date(s) debt was incurred __
Last 4 digits of account number  **3005**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$61,147.06

---

**3.178** Nonpriority creditor's name and mailing address
**Waste Management**
1001 Fannin Suite 4000
Houston, TX 77002

Date(s) debt was incurred __
Last 4 digits of account number  **3003**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$59,412.19

---

**3.179** Nonpriority creditor's name and mailing address
**Waste Management - New Jersey**
800 Capital Street
Houston, TX 77002

Date(s) debt was incurred __
Last 4 digits of account number  **3007**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$13,792.55

---

Debtor  **Vision Solar, LLC**
_____
Name

Case number (if known)  **23-21939**

| | | |
|---|---|---|
| **3.180** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,312.37** |

**3.180**  Nonpriority creditor's name and mailing address

**Waste Management -Orlando**
12100 Young Pine Road
Orlando, FL 32829

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$16,312.37**

---

**3.181**  Nonpriority creditor's name and mailing address

**Waste Management- Pompano**
2201 NW 16th Street
Pompano Beach, FL 33069

Date(s) debt was incurred _

Last 4 digits of account number  3009

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$21,107.15**

---

**3.182**  Nonpriority creditor's name and mailing address

**Wood Mackenzie, Inc.**
5847 San Felipe, Suite 1000
Houston, TX 77057

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$72,856.86**

---

**3.183**  Nonpriority creditor's name and mailing address

**Wrk Lab, Inc.**
3605 NW 115 Avenue
Miami, FL 33178

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$333,360.83**

---

**3.184**  Nonpriority creditor's name and mailing address

**Wype, LLC**
10421 S. Jordan Gateway, Suite 250
South Jordan, UT 84095

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$12,133.46**

---

**3.185**  Nonpriority creditor's name and mailing address

**Zarate Marketing, LLC**
6393 Bengal Circle
Boynton Beach, FL 33437

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$15,000.00**

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1**  **Coleen Schoch, Esquire**<br>**US Dept of Justice-Consumer Protection**<br>**450 5th Street NW, Suite 6400-South**<br>**Washington, DC 20044-0386** | Line  3.64<br>☐  Not listed. Explain _____ | _ |

| Debtor | **Vision Solar, LLC** | | Case number (if known) | **23-21939** |

Name

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.2 **Ellen Annaliese Bullock, Esquire** **Senior Assistant Attorney General** **135 W. Central Blvd., Suite 1000** **Orlando, FL 32801-4840** | Line **3.149** ☐ Not listed. Explain _____ | _ |
| 4.3 **Joseph E. Gasser, Esquire** **Assistant Attorney General** **165 Capitol Avenue** **Hartford, CT 06106** | Line **3.148** ☐ Not listed. Explain _____ | _ |
| 4.4 **Laura Dilweg, Esquire** **Assistant Attorney General** **2005 North Central Avenue** **Phoenix, AZ 85004-1592** | Line **3.147** ☐ Not listed. Explain _____ | _ |
| 4.5 **Paul D. Edger, Esquire** **Senior Deputy Attorney General** **Office of Attorney General** **Strawberry Square, 15th Floor** **Harrisburg, PA 17120** | Line **3.44** ☐ Not listed. Explain _____ | _ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 96,290,330.19 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. $ | 96,290,330.19 |

| Fill in this information to identify the case: |
|---|
| Debtor name   **Vision Solar, LLC** |
| United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY |
| Case number (if known)   **23-21939** |

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases
12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease- 461 Route 168 Turnersville, NJ** | |
|---|---|---|---|
| | State the term remaining | | **461 Rt. 168 ,LLC**<br>**505 Route 168**<br>**Units B & C**<br>**Blackwood, NJ 08012** |
| | List the contract number of any government contract | | |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Multiple Business Vehicle Leases/Financing** | |
|---|---|---|---|
| | State the term remaining | | **Bancorp**<br>**548 North Trooper Road**<br>**Norristown, PA 19403** |
| | List the contract number of any government contract | | |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Real Estate Lease-501 E. Blackhorse Pike, Blackwood, NJ** | |
|---|---|---|---|
| | State the term remaining | **24 years** | **M & J Holdings, LLC**<br>**7 Dutchtown Road**<br>**Voorhees, NJ 08043** |
| | List the contract number of any government contract | | |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **See attached supplemental schedule** | |
|---|---|---|---|
| | State the term remaining | | **Multiple Office & Warehouse Leases** |
| | List the contract number of any government contract | | |

**SUPPLEMENTAL RESPONSES**


**SCHEDULE G**


**ADDITIONAL LEASE LOCATIONS**

| Loc # | Bldg # | Address | City | County | ST | Zip | Occupancy | Lease Term Date | Lease Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 531 E Blackhourse Pike | Blackwood | | NJ | 08012 | Parking | (1 Year w/ Renewal) May 1st 2024 | $4,500 Month $54,0000 Year |
| | 2 | | | | | | Lot | | |
| | 3 | | | | | | | | |
| | 4 | | | | | | | | |
| | | | | | | **Total Location 1** | | | |
| 2 | 1 | 511 Route 168 | Blackwood | | NJ | 08012 | Office | (3 Years) Aug. 31st 2024 | $222,912.00 |
| | 2 | Warehouse (Flex Space) Garage Location | Blacwood | | NJ | 08012 | Warehouse | | |
| | 3 | | | | | | | | |
| | 4 | | | | | | | | |
| | | | | | | **Total Location 2** | | | |
| 3 | 1 | 501 E Blackhorse Pike | Blackwood | | NJ | 08012 | Office | (10 Years) Sept. 31 2031 | $360,000 per year $3,600,000 total |
| | 2 | | | | | | | | |
| | 3 | | | | | | | | |
| | 4 | | | | | | | | |
| | | | | | | **Total Location 3** | | | |
| 4 | 1 | 19 School house Rd | Somerset | | NJ | 08873 | Office | (5 Years) Sept. 7th 2027 | $82k - 95k per year $444,015 total |
| | 2 | | | | | | | | |
| | 3 | | | | | | | | |
| | 4 | | | | | | | | |
| | | | | | | **Total Location 4** | | | |
| 5 | 1 | 461 Route 168 units B & C | Blackwood | | NJ | 08012 | Office | (3 Years) May 1st 2024 | 99k Per Year $297,675 total |
| | 2 | | | | | | | | |
| | 3 | | | | | | | | |
| | 4 | | | | | | | | |
| | | | | | | **Total Location 5** | | | |
| 6 | 1 | 6602 Kingspointe Pkwy/ Garage Location | Orlando | | FL | 32819 | Warehouse | Currently Month to Month (3 Years) Jan. 31st 2023 | $60k - 64k per year $185,454 total |
| | 2 | | | | | | | | |
| | 3 | | | | | | | | |
| | 4 | | | | | | | | |
| | | | | | | **Total Location 6** | | | |
| 7 | 1 | 6925 Lake Ellenor Dr | Orlando | | FL | 32809 | Office | (2 Years) Feb. 28th 2024 | $55k - 57k per year $113,166.84 total |
| | 2 | | | | | | | | |
| | 3 | | | | | | | | |
| | 4 | | | | | | | | |
| | | | | | | **Total Location 7** | | | |
| 8 | 1 | 3810 Northdale Blvd Ste 270 | Tampa | | FL | 33624 | Office | (3 Years) Oct. 31st 2024 | $150k - 159k per year $473,050.52 total |
| | 2 | | | | | | | | |
| | 3 | | | | | | | | |
| | 4 | | | | | | | | |
| | | | | | | **Total Location 8** | | | |
| 9 | 1 | 1033 Woodberry Rd | Tampa | | FL | 33819 | Office | Currently Month to Month (12 Months) Dec. 31st 2022 | $107,000 per year |
| | 2 | | | | | | | | |
| | 3 | | | | | | | | |
| | 4 | | | | | | | | |
| | | | | | | **Total Location 9** | | | |
| 10 | 1 | 600 Fairway Dr Ste 206 | Deerfield Beach | | FL | 33441 | Office | (3 Years) Apr. 14th 2024 | $149,130 per year $447,390 total |
| | 2 | | | | | | | | |
| | 3 | | | | | | | | |
| | 4 | | | | | | | | |
| | | | | | | **Total Location 10** | | | |
| 11 | 1 | 198 Ayer Rd Ste 210 | Harvard | | MA | 1451 | Office | (2 Years) Feb. 14th 2024 | $51k per year $1,238,784 total |
| | 2 | | | | | | | | |
| | 3 | | | | | | | | |
| | 4 | | | | | | | | |
| | | | | | | **Total Location 11** | | | |
| 12 | 1 | 220 Barber Ave./ Garage Location | Worcester | | MA | 1608 | Warehouse | (3 Years) Mar. 15th 2026 | $75,000 per year $2,700,000 total |
| | 2 | | | | | | | | |
| | 3 | | | | | | | | |
| | 4 | | | | | | | | |
| | | | | | | **Total Location 12** | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **13** | 1 | 1419 W 12th Pl Ste 102/ Garage Location | Tempe | | AZ | 85281 | Warehouse | Currently Month to Month |
| | 2 | | | | | | | |
| | 3 | | | | | | | $37,920 per year |
| | 4 | | | | | | | $75,840 total |
| | | | | | Total Location 13 | | | Nov. 30th 2022 |
| **14** | 1 | 50 Graham Pl/ Garage Location | Southington | | CT | 6489 | Warehouse | |
| | 2 | | | | | | | (3 years) |
| | 3 | | | | | | | Sept. 31st 2024 |
| | 4 | | | | | | | $78,400 per year |
| | | | | | Total Location 14 | | | $235,200 total |
| **15** | 1 | 76 Batterson Park Rd | Farmington | | CT | 6489 | Office | |
| | 2 | | | | | | | (3 years) |
| | 3 | | | | | | | May 31st 2024 |
| | 4 | | | | | | | $85k - 90k per year |
| | | | | | Total Location 15 | | | $264,390 total |
| **16** | 1 | 9601 Dessau Road Park 96 Bldg 2/ Garage | Austin | | TX | 78745 | Warehouse | |
| | 2 | | | | | | | (6 years) |
| | 3 | | | | | | | Mar. 31st 2027 |
| | 4 | | | | | | | $126k - 147k per year |
| | | | | | Total Location 16 | | | $805,684 total |
| **17** | 1 | 10646 West Little York Road | Houston | | TX | 77041 | Office | |
| | 2 | Warehouse (Flex Space) Garage Location | Houston | | TX | 77041 | Warehouse | (5 years) |
| | 3 | | | | | | | May 31st 2027 |
| | 4 | | | | | | | $121k - 134k per year |
| | | | | | Total Location 17 | | | $627,396 total |
| **18** | 1 | 607 East Sonterra Blvd, Building 2 | San Antonio | | TX | | Office | |
| | 2 | | | | | | | |
| | 3 | | | | | | | |
| | 4 | | | | | | | |
| Total | | | | | Total Location 18 | | | |
| **19** | 1 | 100 Campbell Blvd | Exton | | PA | | Office | |
| | 2 | | | | | | | |
| | 3 | | | | | | | |
| | 4 | | | | | | | |
| Total | | | | | Total Location 19 | | | |
| **20** | 1 | 1255 W Rio Salado Pkwy Ste 201 | Tempe | | AZ | 85281 | Office | |
| | 2 | | | | | | | |
| | 3 | | | | | | | |
| | 4 | | | | | | | |
| Total | | | | | Total Location 20 | | | |
| **21** | 1 | 3870 Park Central Blvd N/ Garage Location | Pompano Beach | | FL | 33064 | Warehouse | |
| | 2 | | | | | | | |
| | 3 | | | | | | | |
| | 4 | | | | | | | |
| Total | | | | | Total Location 21 | | | |
| **22** | 1 | 2535 Brockton Dr Ste 450 | Austin | | TX | 78758 | Office | |
| | 2 | | | | | | | |
| | 3 | | | | | | | |
| | 4 | | | | | | | |
| Total | | | | | Total Location 22 | | | |
| | 1 | | | | | | | |
| | 2 | | | | | | | |
| | 3 | | | | | | | |
| | 4 | | | | | | | |

| Fill in this information to identify the case: |
| --- |

Debtor name   **Vision Solar, LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)   **23-21939**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1: Codebtor*

*Column 2: Creditor*

| | Name | Mailing Address | | Name | Check all schedules that apply: |
| --- | --- | --- | --- | --- | --- |
| 2.1 | _____ | Street _____ | | _____ | ☐ D ☐ E/F ☐ G |
| | | City    State    Zip Code | | | |
| 2.2 | _____ | Street _____ | | _____ | ☐ D ☐ E/F ☐ G |
| | | City    State    Zip Code | | | |
| 2.3 | _____ | Street _____ | | _____ | ☐ D ☐ E/F ☐ G |
| | | City    State    Zip Code | | | |
| 2.4 | _____ | Street _____ | | _____ | ☐ D ☐ E/F ☐ G |
| | | City    State    Zip Code | | | |