# United States Bankruptcy Court
## District of New Jersey

In re  **Vision Solar, LLC**　　　　　　　　　　　　　　　　　Case No.  **23-21939**
　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　Chapter  **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Vision Solar, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**White Consulting, LLC**
**501 East Blackhorse Pike**
**Blackwood, NJ 08012**

☐ None [*Check if applicable*]

**December 29, 2023**
Date

*/s/ Paul J. Winterhalter*
Paul J. Winterhalter 006961986
Signature of Attorney or Litigant
Counsel for **Vision Solar, LLC**
Offit Kurman, P.A.
Ten Penn Center
1801 Market Street, Suite 2300
Philadelphia, PA 19103
267-338-1370 Fax:267-338-1335
pwinterhalter@offitkurman.com