**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor | **Vision Solar, LLC** <br> Name | EIN: | 83–1527189 |
| United States Bankruptcy Court | District of New Jersey | Date case filed for chapter: | 7   12/28/23 |
| Case number: | 23–21939–JNP | | |

Official Form 309C (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | |
|---|---|---|
| **1. Debtor's full name** | Vision Solar, LLC | |
| **2. All other names used in the last 8 years** | | |
| **3. Address** | 511 NJ Route 168 <br> Blackwood, NJ 08012 | |
| **4. Debtor's attorney** <br> Name and address | Paul J. Winterhalter <br> Offit Kurman <br> 100 Eagle Rock Avenue <br> Suite 105 <br> East Hanover, NJ 07936 | Contact phone 267–338–1370 <br><br> Email: pwinterhalter@offitkurman.com |
| **5. Bankruptcy trustee** <br> Name and address | Maureen P. Steady <br> 2 Kings Highway West <br> Suite 102 <br> Haddonfield, NJ 08033 | Contact phone 856–428–1060 |
| **6. Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov . (800) 676–6856 | 401 Market Street <br> Camden, NJ 08102 <br> Additional information may be available at the Court's Web Site: <br> www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays) <br><br> Contact phone 856–361–2300 <br><br> Date: 12/29/23 |
| **7. Meeting of creditors** <br> **The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so.** <br><br> All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **February 8, 2024 at 09:00 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 407 947 5884, Click on JOIN using passcode 6537318063, or call 1–856–329–4207** <br><br> For additional meeting information go to <br> https://www.justice.gov/ust/moc |
| **8.** | | |

| | | |
|---|---|---|
| | **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**          page **1**