UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | : | CHAPTER 7 |
| | : | |
| Vision Solar, LLC, | : | CASE NO.: 23-21939(JNP) |
| | : | |
| Debtor. | : | |
| _____ | : | |

Maureen Steady, Esq.
Kurtzman Steady, LLC
2 Kings Highway West, Ste. 102
Haddonfield, New Jersey 08033

## NOTICE OF APPOINTMENT OF TRUSTEE

The United States Trustee appointed Maureen Steady, Esq., on December 29, 2023, to serve as the interim chapter 7 trustee of the above-captioned bankruptcy estate.

        ANDREW R. VARA
        ACTING UNITED STATES TRUSTEE
        REGION 3


By:   */s/ Martha R. Hildebrandt*
      Martha R. Hildebrandt
      Assistant United States Trustee

Dated:  January 2, 2024