UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
MAUREEN P. STEADY
CHAPTER 7 TRUSTEE
2 Kings Highway West, Suite 102
Haddonfield, New Jersey 08033
(856) 428-1060
(609) 482-8011e-Fax

In re:

VISION SOLAR, LLC,

                Debtor.

Case No.:   23-21939 (JNP)

Judge:   Hon. Jerrold N. Poslusny, Jr.

Chapter:   7

Recommended Local Form:   **X** Followed   ☐ Modified

# APPLICATION FOR RETENTION OF PROFESSIONAL

1. The applicant, Maureen P. Steady, Chapter 7 Trustee is the

   **X** Trustee:   **X** Chap. 7   ☐ Chap. 11   ☐ Chap. 13.

   ☐ Debtor:   ☐ Chap. 11   ☐ Chap. 13

   ☐ Official Committee of _____

2. The applicant seeks to retain the following professional: <u>Kurtzman | Steady, LLC</u>
   to serve as:

   **X** Attorney for:   **X** Trustee   ☐ Debtor

☐Official Committee of _____

☐Accountant for:    ☐Trustee        ☐Debtor-in-possession

☐Official Committee of _____

☐Other Professional:

Realtor ☐Appraiser    ☐Special Counsel

☐Auctioneer ☐Other (specify):_____

3. The employment of the professional is necessary because: <u>The Trustee has determined the existence of assets and requires the assistance of counsel to sell or otherwise dispose of such assets and in commencing avoidance actions, among other professional services.</u>

4. The professional has been selected because: <u>The professional is a law firm and its attorneys are duly admitted to practice in this Court and have particular expertise with regard to bankruptcy, commercial, debtor/creditor and Chapter 7 trustee matters in cases under the Bankruptcy Code.</u>

5. The professional services to be rendered are as follows: <u>General legal representation to the Trustee regarding all phases of the proper administration of the estate, including preparing applications, motions, pleadings, briefs, memoranda and other documents and reports as may be required; Representing the Trustee in court; Assisting the Trustee in the investigation of potential causes of action.</u>

6. The proposed arrangement for compensation is as follows: <u>Hourly, based upon the rates in effect at the times the services are rendered, subject to Bankruptcy Court approval.</u>

<u>The normal hourly billing rates of the professional, subject to annual adjustment at the beginning of the calendar year, are as follows:</u>

    Maureen P. Steady, Esquire  $405.00

    Jeffrey Kurtzman, Esquire   $490.00

    Paralegal Service      $ 75.00

7. To the best of the applicant's knowledge, the professional's connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☐None

**X** Describe connection: Maureen P. Steady, Esquire is the duly appointed Chapter 7 trustee of the debtor's estate and is related by marriage to Jeffrey Kurtzman, Esquire, the other member of Kurtzman | Steady, LLC.

8. To the best of the applicant's knowledge, the professional (check all that apply):

**X** does not hold an adverse interest to the estate.

**X** does not represent an adverse interest to the estate.

**X** is a disinterested person under 11 U.S.C. § 101(14).

**X** does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which he/she will be retained under 11 U.S.C. § 327(e).

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows: _____

Wherefore, the applicant respectfully requests authorization to employ the professional to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may hereafter determine and allow.

Date: <u>January 2, 2024</u>        */s/ Maureen P. Steady*
                 MAUREEN P. STEADY
                 CHAPTER 7 TRUSTEE