| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>Jeffrey Kurtzman, Esquire (JK-7689)<br>**KURTZMAN \| STEADY, LLC**<br>2 Kings Highway West, Suite 102<br>Haddonfield, NJ  08033<br>kurtzman@kurtzmansteady.com<br>Telephone: (856) 428-1060<br><br>Attorneys for Maureen P. Steady, as Chapter 7 Trustee | Order Filed on October 29, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>VISION SOLAR, LLC,<br><br>                              Debtor. | Case No. 23-21939 (JNP)<br><br>Chapter 7<br><br>Hearing Date: October 22, 2024 at 11:00 a.m. |

**ORDER GRANTING MOTION OF IMAGHE PAUL TO VACATE ORDER DISALLOWING AMENDED CLAIM NO. 283 AND GRANTING RELATED REIEF**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: October 29, 2024**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**In re Vision Solar, LLC**
**Case No. 23-21939 (JNP)**
**ORDER GRANTING MOTION OF IMAGHE PAUL TO VACATE ORDER DISALLOWING CLAIM NO. 283 AND GRANTING RELATED RELIEF**
<u>Page 2</u>

**THIS MATTER** having come before the Court on the motion (the "Motion") [Doc. No. 384of Imaghe Paul (the "Claimant") to vacate or otherwise reconsider this Court's order entered on September 5, 2024 disallowing Claim No. 283 filed by the Claimant (the "Claim") [Doc. No. 370], and upon consideration of the opposition filed by Maureen P. Steady (the "Trustee") to the relief requested in the Motion, and a hearing on the Motion having been held on October 22, 2024, and for the reasons set forth on the record of such hearing, it is hereby

**ORDERED**, that the Motion is granted as provided herein;

**AND IT IS FURTHER ORDERED**, for the reasons set forth on the record, that the Claim is deemed to be an unliquidated general unsecured claim against the debtor's estate;

**AND IT IS FURTHER ORDERED**, that the Claimant shall provide to the Trustee and her counsel no later than November 22, 2024 all documents and other information in her possession supporting the amount and calculation of the Claim;

**AND IT IS FURTHER ORDERED**, that the Court shall schedule a further hearing to consider the liquidation of the Claim amount.