FILED
JEANNE A. NAUGHTON, CLERK
SEP 26 2025
U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY _____ DEPUTY

UNITED STATE BANKRUPTCY COURT

DISTRICT COURT OF NEW JERSEY

In respond to the objection DEBTOR VISION SOLAR LLC,

VISION SOLAR LLC,

To Disallow Claims On Exhibit A

Case No 23-21939-JNP.

DOC. 523

Neville McDonald

625 Ponderosa Drive East

Lakeland FL 33810

MCDO6207@GMAIL.COM

Tel . 718 314 7034

I am responding to the objection on Exhibit A, to disallow claims.

This case was commenced by the filing of a bankruptcy petition December 28, 2023.

I Neville McDonald here in after filed a purported claim in the amount of $28,000.00 owed to Dividend Loan Service. By reason I was assured by Vision Solar LLC, I would receive a warranty if the solar panel failed or operated inefficiently, that my energy bills would be significantly reduced and in some case received payment form the electric company for energy not used, I was also told I would receive a rebate of the program and a sign on bonus of $1,000.00. My electric bill has tripled since the solar panel was installed. Not a single one of these promises have been fulfilled. No rebate, no bonus, no warranty never materialized. I was scammed lied to.

Sincerely

Neville McDonald

To be served upon counsel for the Trustee, Jeffrey Kurtzman

Esquire 2 Kings Highway W, Suite 102

Haddonfield, NJ 08033

Neville McDonald
625 ponderosa Dr East
Lakeland FL, 33810

X-RAYED

CLERK OF THE BANKRUPTCY COURT
401 MARKET STREET
CAMDEN NJ, 08101

08101-001699

TAMPA FL 336
SAINT PETERSBURG FL
23 SEP 2025 PM 7 L

