Honorable Jerrold N. Poslusny Jr.,
United States Bankruptcy Court District of New Jersey D.N.J LBR 9013-2
400 Cooper Street
4th Floor, Courtroom 4C,
Camden, NJ 08101

In Regards to Debtor:

VISION SOLAR, LLC
CASE# 23-21939 (JNP)

FILED
JEANNE A. NAUGHTON, CLERK
OCT 08 2025
U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY _____ DEPUTY

In Regards to Creditor:

DAVID JOSEPH BORDEN NAGEL
4267 E. ROUSAY DR
SAN TAN VALLEY, AZ 85140
(480)593-3437
(785)340-5858
Frail222@gmail.com

David Joseph Borden Nagel in "Exhibit A" Claim#200

This letter is being sent on my behalf the creditor David Joseph Borden Nagel in "Exhibit A" Claim#200 in response to my objection to the "objection" to disallow my claims against Vision solar, LLC/Maureen P. Steady a chapter 7 Trustee.

My claim against Vison Solar, LLC/Maureen P. Steady a chapter 7 Trustee is valid on the grounds of Misleading Tax Credit Information, Faulty Installation of solar equipment causing damage to our roof and causing a leak, as well as Company Failure to provide a working Solar system and voiding our warranty so we are unable to use or repair the equipment as well as Violation of our consumer rights.

Misleading Tax Credit Information: During the sale meeting of the system (around July 6th, 2021), sales associate Dalton pitched a "solar rebate" as part of the tax code. This "rebate" was described to be in the amount of 25% of the total sale price of the solar panel system, and that it would be paid back to us with our tax filing. The system would be purchased with a loan fixed at a low rate for the first 18 months of the loan period to allow time for the filing of taxes to apply the "solar rebate", and the amount rebated would then be applied to the loan amount to keep the interest rate at the low number. Should the rebate value of 25% not be applied to the loan payment, the loan interest would then increase. At no time during the sale was the tax incentive described as a "Tax Credit", which would be a variable based on tax liability. Additionally, the time period for the installation of the system to be certified by county and utility inspectors exceeded the 18-month grace period due to Vision Solar's

negligence in filing proper permits in a timely manner. Various attempts to discuss the timeline with Vision Solar ended with no clear answers, and eventually they stopped answering our calls. I attempted to contact Vision Solar through Dalton on October 19, 2022 to understand the status of the delays, but Dalton was no longer employed with Vision Solar and was unable to provide contact information for anyone at Vision Solar other than messaging their concierge@visonsolar.com. I still have a Solar loan that is held with Technology Credit Union in the current amount of $54,789.05 and it accrues interest daily at 2.906 cents per day. This amount which includes the interest accrued on the loan is the quote included from Tech Credit Union Solar Loan for goods and services to be provided by Vision Solar.

Faulty Installation: The panels and electrical equipment installed are non-functioning and cannot be turned on due to equipment install failure by Vison Solar. I was sold a 33 solar panel system with additional required hardware to tie to the grid electrical system of my residence. Inspections by certified electricians and representatives of Vision Solar declared that the existing 200 AMP electrical panel of the dwelling was not rated for the added 50 AMP electrical output of the solar panel system plus the 200 AMP grid connection as installed, and should have been "de-rated" to prevent fire hazard (changing the grid amperage to 150 AMP, which would add to the 50 AMP input from the solar panel system to bring the total to 200 AMP as rated by the panel). The de-rate was deemed not necessary by Vision Solar office personnel despite recommendations from their own electrician, and thus the system remains a fire hazard and not activated. Additionally, damage to the roof tiles and underlayment from the installation process have compromised the suitability of our house which has now leaked into our home. Estimate to replace the damaged roof to proper dwelling specifications are $19,100, plus an added expense of $5500 to remove the currently installed solar panels around the roofing job (see attached estimates from State 48 Roofing, and Arizona Pristine Roofing LLC). Pictures included of damages to the roof, and panel box showing the incorrect amperage De-Rate. New pictures Provided for the recent water damage that occurred during the rainstorm on Sept 27th 2025, where water came in through the unsealed holes in our roof along with thermal photos of the water sitting in the attic and the ceiling of the bathroom right below the solar panels.

Company Failure to Perform: Further efforts to ensure that the workmanship of the existing system is covered under warranty have failed, as Vision Solar has declared bankruptcy and other solar installation and maintenance companies will not work on the unit or accept warranty liability for Vision Solar's workmanship. Proper corrections to the solar panel system for the aforementioned deficiencies were not completed after being annotated by Vision Solar but before bankruptcy proceedings.

- **Misrepresentation of savings: The salesperson grossly inflated the potential energy savings or promised a system would eliminate your electric bill, and the actual performance is far below the estimates.**

- **False claims of a "free" system:** I was told the system was "free" and the costs would be covered by government programs or savings, but the company failed to clearly disclose I was taking on a substantial loan.

- **Hidden fees and inflated costs:** The loan amount includes undisclosed "dealer fees" or markups that significantly increased the price of the system beyond the cash price.

- **Misleading tax credit information:** The salesperson overemphasized the 25% federal tax credit without properly explaining that it is not a guaranteed rebate, but depends on your specific tax liability.

- **Failed performance guarantees:** our contract or sales materials included a performance guarantee that the system has failed to meet.

- **Faulty installation:** The system was installed improperly, causing damage to your home or failing to function correctly as well as detrimental damage to our roof that cause a leak into our attic and upstairs bathroom during a rainstorm on September 22nd 2025 pictures showing damages include.

- **Company failure to perform:** The company is unresponsive to maintenance issues, has gone out of business, or is not honoring its warranty.

- **Missing financial disclosures:** The agreement failed to include required accurate information about all tax incentives, financial obligations, warranties, and performance data.

- **Lack of informed consent:** I was rushed through digital documents on a tablet and did not have a clear opportunity to read and understand the loan terms because they said the quote was only valid for that day and I was running out the door to work so they had my wife sign on my behalf.

- **Consumer rights violation:** Our consumer rights were violated as well as the FTC Holder Rule and AZ state's rescission rights laws. Proving that The State of Arizona Attorney General filed a consumer Lawsuit against Vision Solar with their findings on our behalf as well. This fully demonstrates that your request is based on our legal rights, and not just a bogus claim to default on a payment.

- Exibit A  Original Loan Agreenment
- Exibit B  Vision Solar Employee Messages and Photos
- Exibit C  Arizona Attorney General Lawsuit filings and responses
- Exibit D  Derogatory open balance and lien without interest on credit report
- Exibit E  Tech Credit Union payoff balance with interest
- Exibit F  Arizona Pristine Roofing Quote stating damages and photos
- Exibit G State 48 Roofing Quote
- Exibit H Overson Roofing quote to repair section where water damages occurred
- Exibit I  SunUp Cleaning services for pigeon poop damages.

Itemized Request of Monies needed to Pay loan off for solar and repairs:

Tech CU- $54,789.05
State 48 Roofing-$24,600.00
Sun Up cleaning pigeon poop-$1,582.00

Total -$80,971.05

23-21939 JNP

**Your Honor,**

**I am requesting that you consider awarding full payment of monies in the amount of $80,971.05 to myself David Nagel, that are totaled thus far to pay off our Solar bank loan, repair our damages to our home from the install using the company of our choosing "State 48 Roofing" and the other services we had to pay to remove the pigeon debris from our home due to the particular way the solar was installed. Vision Solar was a deceptive company who took advantage of us and now we have had to deal with this going on 4 years of stress and damages. There is currently a UCC Lien on my home and cannot even refinance or sell my home due to this debt that is shown in my credit report and has dropped my credit score to a 660 from 790. It has damaged my credit rating so much now I cannot qualify to do anything moving forward to move out of my home which is necessary. My roof will not pass inspection for the sale of my home and Tech Credit Union will not allow me to transfer the solar loan to the new home owners because of the lien on my home and will not release relieve me of the Lien or debt unless it is fully paid off.** Thank you for your consideration of this matter.

**Respectfully,**

**David Joseph Borden Nagel and Nicole Nagel**
10/05/2025

FILED
JEANNE A. NAUGHTON, CLERK
OCT 08 2025
U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY _____ DEPUTY